UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| Rose Acre Farms, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:09-cv-00135-SEB-WGH |
| vs. | ) | |
| | ) | |
| Columbia Casualty Company and The National Fire Insurance Company of Hartford, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.

Date: __02/18/2011_____

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Christopher R. Carroll
CARROLL MCNULTY & KULL, LLC
ccarroll@cmk.com

Misti Presnell DeVore
SCOPELITIS GARVIN LIGHT HANSON & FEARY PC
mdevore@scopelitis.com

Jeffrey D. Featherstun
PLEWS SHADLEY RACHER & BRAUN
jfeather@psrb.com

David A. Gauntlett
GAUNTLETT & ASSOCIATES
info@gauntlettlaw.com

Andrew M. Sussman
GAUNTLETT & ASSOCIATES
ams@gauntlettlaw.com