## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 12, 2011

To:
Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
121 W. Spring Street
New Albany , IN 47150-0000

| No.: 11-1599 | ROSE ACRE FARMS, INCORPORATED, Plaintiff - Appellant<br><br>v.<br><br>COLUMBIA CASUALTY COMPANY, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:09-cv-00135-SEB-WGH<br>Southern District of Indiana, New Albany Division<br>District Judge Sarah Evans Barker ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

NOTE TO COUNSEL:

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                   **Received by:**

__12/12/2011_____         _____*Laura Townsend*_____
                                                            Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)